# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ZIMMERY DARON WILLIAMS, | § | |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | A-24-CV-287-ML |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Before the court is the above-referenced case. The parties consented to this court's jurisdiction under 28 U.S.C. § 636(c). The court reviewed Plaintiff's Complaint (Dkt. 2); the Plaintiff's Opening Brief (Dkt. 9); Defendant's Brief in Support of the Commissioner's Decision (Dkt. 10); Plaintiff's Reply Brief (Dkt. 11); and the Record of the Social Security administrative hearing in this matter (Dkt. 7). After such review, the court entered an Order denying the claims made by Plaintiff in this case and affirming the decision of the Commissioner of the Social Security Administration to deny benefits to Plaintiff.

Accordingly, it is therefore **ORDERED** that judgment is hereby entered in favor of Defendant Commissioner of Social Security, that Plaintiff's claims against Defendant made in Plaintiff's Complaint are **DENIED WITH PREJUDICE**, and this case be **CLOSED**. Each party shall suffer its own costs of court.

SIGNED February 25, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE